Submitted on record and briefs December 1, reversed December 27, 2006

In the Matter of Julie Trullinger,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JULIE TRULLINGER,
*Appellant.*

0603-63116; A131836

149 P3d 1286

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing her to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder, is dangerous to herself, and is unable to provide for her basic personal needs. A discussion of the facts would be of no benefit to the public, bench, and bar. The state concedes that the record lacks clear and convincing evidence that defendant's mental illness causes her to be dangerous to herself or unable to provide for her basic personal needs. We find the state's concession to be well founded and accept it.

Reversed.